666 A.2d 528

IN THE MATTER OF ROBERT J. SAYPOL,
AN ATTORNEY AT LAW.

November 6, 1995.

**ORDER**

The Disciplinary Review Board having filed its decision with the Court on September 29, 1995, concluding that **ROBERT J. SAYPOL** of **WEST ORANGE**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 8.4(d)

(conduct prejudicial to the administration of justice) by persuading an ethics grievant to sign a document releasing respondent from all charges against him, and good cause appearing;

It is ORDERED that **ROBERT J. SAYPOL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.